JOHN J. SHAEFFER (SBN 138331)
    JShaeffer@FoxRothschild.com
BENJAMIN MCCOY (*PRO HAC VICE FORTHCOMING*)
    BMcCoy@FoxRothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Plaintiff
BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, A DIVISION OF HEALTH CARE SERVICE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>            Plaintiff,<br><br>  v.<br><br>SOUTH COAST BEHAVIORAL HEALTH LLC; EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC; BRETT PERSHALL; RANDALL EISWORTH;<br><br>           Defendants. | Case No.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

    Blue Cross and Blue Shield of Oklahoma is an unincorporated division of Health Care Service Corporation, an Illinois Mutual Legal Reserve Company that has no parent corporation and no publicly-held owners.

Dated: December 11, 2024

FOX ROTHSCHILD LLP

By: *s/ John J. Shaeffer*
Benjamin McCoy
bmccoy@foxrothschild.com
John Shaeffer
jshaeffer@foxrothschild.com
10250 Constellation Avenue, Suite 900
Los Angeles, CA 90067
Tel: 310-228-4481
Fax: 310-556-9828

*Attorneys for Blue Cross and Blue Shield of Oklahoma, an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company*