# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTH COAST BEHAVIORAL HEALTH LLC; EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC; BRETT PERSHALL; RANDALL EISWORTH;<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-10683-MWC-AJR<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT (DKT. 41)** |

　　Plaintiff Blue Cross and Blue Shield of Oklahoma, a division of Health Care Service Corporation ("Plaintiff") and Defendant Excellence Recovery, LLC's ("Defendant") (collectively the "Parties") Stipulation to Set Aside Clerk's Entry of Default as to Defendant was brought before this Court. Upon consideration of the Stipulation, the Court finds good cause to **GRANT** it as follows:

1

1.  The Clerk of the Court is directed to vacate the entry of default as to Defendant Excellence Recovery, LLC. (Doc No. 35.)

2.  Defendant Excellence Recovery, LLC shall file an answer or other responsive pleading to the complaint within three (3) days of the date of this order.

**IT IS SO ORDERED.**

Dated: March 26, 2025

_____
Hon. Michelle Williams Court
United States District Judge