# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST BEHAVIORAL HEALTH LLC; EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC; BRETT PERSHALL; RANDALL EISWORTH;<br><br>Defendants. | Case No. 2:24-cv-10683-MWC-AJR<br><br>**ORDER RE: PENDING MOTIONS, FILING OF FIRST AMENDED COMPLAINT, AND RESPONSIVE BRIEFING SCHEDULE FOR PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 43)** |

Upon the forthcoming filing of Plaintiff's First Amended Complaint as of right, Defendants' Motions to Dismiss (**ECF NOS. 25, 26, 27**) will become moot. Based on the stipulation of the parties the following schedule IS HEREBY ORDERED:

- Plaintiff shall file its first amended complaint on or before March 31, 2025.
- Upon the filing of Plaintiff's Motion, Defendants' Motions to Dismiss the Original Complaint will become moot without prejudice to their ability to file Motions to Dismiss as to the First Amended Complaint.

ORDER

- Defendants will answer, move, or otherwise respond to BCBSOK's First Amended Complaint on or before April 25, 2025.
- BCBSOK will respond to any motion to dismiss filed by Defendants on or before May 16, 2025.
- To the extent Defendants file motions, they will reply to BCBSOK's response on or before May 23, 2025.
- To the extent Defendants file motions, they will set hearings for the motions on June 6, 2025, at 1:30 pm.

Dated: March 31, 2025

_____
Hon. Michelle Williams Court
United States District Judge

ORDER