John R. Clifford, Esq. (SBN 124203)
Marty B. Ready, Esq. (SBN 239135)
Chelsea Gaudet, Esq. (SBN 355739)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101-8484
(619) 321-6200 Telephone
(619) 321-6201 Facsimile
Email: John.Clifford@wilsonelser.com
Email: Marty.Ready@wilsonelser.com
Email: Chelsea.Gaudet@wilsonelser.com

Attorneys for Defendant, Excellence Recovery LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>                    Plaintiff,<br><br>v.<br><br>SOUTH COAST BEHAVIORAL HEALTH LLC; EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC; BRETT PERSHALL; RANDALL EISWORTH;<br><br>                    Defendant. | Case No. 2:24-cv-10683-MWC-AJR<br><br>Judge Hon. Michelle Williams Court Courtroom 6A<br><br>**DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Trial Date:      October 30, 2026 |

Defendant Excellence Recovery, LLC (Defendant" or "Answering Defendant") hereby responds to Plaintiff Blue Cross and Blue Shield of Oklahoma's (hereinafter referred to as "BCBSOK" and/or "Plaintiff") First Amended Complaint ("Complaint").

/ / /

/ / /

1. Answering Paragraph 1 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

2. Answering Paragraph 2 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

3. Answering Paragraph 3 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

4. Answering Paragraph 4 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

5. Answering Paragraph 5 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

6. Answering Paragraph 6 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

7. Answering Paragraph 7 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## HEADING TITLED "PLAINTIFF"

8. Answering Paragraph 8 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

## HEADING TITLED "THE DEFENDANT AND THEIR ROLES IN THE SCHEME"

9. Answering Paragraph 9 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

10. Answering Paragraph 10 of the Complaint: Defendant admits that Excellence Recovery is an Arizona limited liability company with a registered address in Goodyear, Arizona; and admits that Excellence Recovery submitted health care claims stating that it provided SUD treatment to members of BCBSOK plans. The remaining allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is required as to the allegations, and to the extent not expressly admitted, Defendant denies the factual allegations set forth in this paragraph of the Complaint.

11. Answering Paragraph 11 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

12. Answering Paragraph 12 of the Complaint: Defendant admits that EIE is an Arizona limited liability company with a registered address of 18261 W. Tacoma Road, Goodyear, AZ 85338 and admits that Passmore is a part owner and operator. The remaining allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is required as to the allegations, and to the extent not expressly

admitted, Defendant denies the factual allegations set forth in this paragraph of the Complaint.

13. Answering Paragraph 13 of the Complaint: Defendant admits that Passmore is a resident of Arizona with an address of 18614 W. Sapium Way, Goodyear, AZ, 85338 and admits that Passmore is a part owner of excellence Recovery and EIE. The remaining allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is required as to the allegations, and to the extent not expressly admitted, Defendant denies the factual allegations set forth in this paragraph of the Complaint.

14. Answering Paragraph 14 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

15. Answering Paragraph 15 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

16. Answering Paragraph 16 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

17. Answering Paragraph 17 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

18. Answering Paragraph 18 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                2:24-cv-10683-MWC-AJR

## HEADING TITLED "ALTER EGO/CONSPIRACY/AIDING AND ABETTING ALLEGATIONS"

19. Answering Paragraph 19 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

20. Answering Paragraph 20 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

21. Answering Paragraph 21 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

22. Answering Paragraph 22 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

23. Answering Paragraph 22 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                2:24-cv-10683-MWC-AJR

## HEADING TITLED "JURISDICTION AND VENUE"

24. Answering Paragraph 24 of the Complaint: This paragraph contains legal conclusions only, which does not require a response. To the extent a response is deemed required, Defendant denies the allegations of this paragraph.

25. Answering Paragraph 25 of the Complaint: This paragraph contains legal conclusions only, which does not require a response. To the extent a response is deemed required, Defendant denies the allegations of this paragraph.

## HEADING TITLED "RELEVANT INDUSTRY BACKGROUND"

26. Answering Paragraph 26 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

27. Answering Paragraph 27 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

28. Answering Paragraph 28 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

29. Answering Paragraph 29 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

30. Answering Paragraph 30 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

31. Answering Paragraph 31 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

/ / /

/ / /

32. Answering Paragraph 32 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

33. Answering Paragraph 33 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

34. Answering Paragraph 34 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

35. Answering Paragraph 35 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

36. Answering Paragraph 36 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

37. Answering Paragraph 37 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

38. Answering Paragraph 38 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

39. Answering Paragraph 39 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

/ / /

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

40. Answering Paragraph 40 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

41. Answering Paragraph 40 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

42. Answering Paragraph 42 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

43. Answering Paragraph 43 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

44. Answering Paragraph 44 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

45. Answering Paragraph 45 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

46. Answering Paragraph 46 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

47. Answering Paragraph 47 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

48. Answering Paragraph 48 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

49. Answering Paragraph 49 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

50. Answering Paragraph 50 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

51. Answering Paragraph 51 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

52. Answering Paragraph 52 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

53. Answering Paragraph 53 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

54. Answering Paragraph 54 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

55. Answering Paragraph 55 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

/ / /

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1

2:24-cv-10683-MWC-AJR

1

## HEADING TITLED "DEFENDANTS' FRAUDULENT SCHEME"

2

56. Answering Paragraph 56 of the Complaint: The allegations of this

3

paragraph are Plaintiff's characterization of the facts, legal arguments, or

4

conclusions of law to which no response is required. To the extent a response is

5

deemed required, Defendant denies all factual allegations in the paragraph.

6

57. Answering Paragraph 57 of the Complaint: The allegations of this

7

paragraph are Plaintiff's characterization of the facts, legal arguments, or

8

conclusions of law to which no response is required. To the extent a response is

9

deemed required, Defendant denies all factual allegations in the paragraph.

10

58. Answering Paragraph 58 of the Complaint: The allegations of this

11

paragraph are Plaintiff's characterization of the facts, legal arguments, or

12

conclusions of law to which no response is required. To the extent a response is

13

deemed required, Defendant denies all remaining factual allegations in the

14

paragraph.

15

59. Answering Paragraph 59 of the Complaint: Defendant lacks knowledge or

16

information sufficient to form a belief as to the truth of the allegations in this

17

paragraph and denies such allegations on that basis.

18

60. Answering Paragraph 60 of the Complaint: Defendant lacks knowledge or

19

information sufficient to form a belief as to the truth of the allegations in this

20

paragraph and denies such allegations on that basis.

21

61. Answering Paragraph 61 of the Complaint: Defendant lacks knowledge or

22

information sufficient to form a belief as to the truth of the allegations in this

23

paragraph and denies such allegations on that basis.

24

62. Answering Paragraph 62 of the Complaint: Defendant lacks knowledge or

25

information sufficient to form a belief as to the truth of the allegations in this

26

paragraph and denies such allegations on that basis.

27

/ / /

28

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                2:24-cv-10683-MWC-AJR

63. Answering Paragraph 63 of the Complaint: Defendant admits that "Cari CC" is Passmore and admits to finding treatment candidates through word of mouth. Defendant notes that the allegations of Paragraph 63 that Passmore "initiated contact" with patients on social media are inconsistent with the screenshot of Passmore *responding* to a Facebook post and denies the factual allegations on that basis. Defendant denies all remaining factual allegations in the paragraph.

64. Answering Paragraph 64 of the Complaint: Defendant admits "Cari CC" is Passmore. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and denies such allegations on that basis.

65. Answering Paragraph 65 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

66. Answering Paragraph 66 of the Complaint: Defendant admits that "Cari" in the screenshotted Facebook message is Passmore. Defendant denies all remaining factual allegations in the paragraph.

67. Answering Paragraph 67 of the Complaint: Given the context of the paragraph, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

68. Answering Paragraph 68 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

69. Answering Paragraph 69 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

315442354v.1                                                                    2:24-cv-10683-MWC-AJR

70.  Answering Paragraph 70 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

71. Answering Paragraph 71 of the Complaint: Defendant admits that this paragraph discloses the address for Excellence Recovery. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph or they are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required and denies such allegations on that basis.

72. Answering Paragraph 72 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

73. Answering Paragraph 73 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

74. Answering Paragraph 74 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

75. Answering Paragraph 75 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

76. Answering Paragraph 76 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

/ / /

77. Answering Paragraph 77 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

78. Answering Paragraph 78 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

79. Answering Paragraph 79 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

80. Answering Paragraph 80 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

81. Answering Paragraph 81 of the Complaint: Defendant denies all factual allegations in the paragraph as they relate to Defendant.

82. Answering Paragraph 82 of the Complaint: Defendant denies all factual allegations in the paragraph as they relate to Defendant.

83. Answering Paragraph 83 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

84. Answering Paragraph 84 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

85. Answering Paragraph 85 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

86. Answering Paragraph 86 of the Complaint: Defendant denies all factual allegations in the paragraph as they relate to Defendant.

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

87. Answering Paragraph 87 of the Complaint: Defendant denies all factual allegations in the paragraph as they relate to Defendant.

88. Answering Paragraph 88 of the Complaint: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and denies such allegations on that basis.

89. Answering Paragraph 89 of the Complaint: Defendant denies all factual allegations in this paragraph.

90. Answering Paragraph 90 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

91. Answering Paragraph 91 of the Complaint: The allegations of this paragraph are Plaintiff's characterization of the facts, legal arguments, or conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies all factual allegations in the paragraph.

92. Answering Paragraph 92 of the Complaint: Defendant denies all factual allegations contained in the paragraph.

93. Answering Paragraph 93 of the Complaint: Defendant denies all factual allegations contained in the paragraph.

94. Answering Paragraph 94 of the Complaint: Defendant admits claims forms were signed by Defendant's medical director or attending provider. Defendant denies all remaining factual allegations contained in the paragraph.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                2:24-cv-10683-MWC-AJR

## HEADING TITLED "FIRST CAUSE OF ACTION (Fraud and Fraudulent Concealment, Against All Defendant)"

95. Answering Paragraph 95 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 94 above as if fully set forth herein.

96. Answering Paragraph 96 of the Complaint: Defendant denies the allegations of Paragraph 96.

97. Answering Paragraph 97 of the Complaint: Defendant denies the allegations of Paragraph 97.

98. Answering Paragraph 98 of the Complaint: Defendant denies the allegations of Paragraph 98.

99. Answering Paragraph 99 of the Complaint: Defendant denies the allegations of Paragraph 99.

100. Answering Paragraph 100 of the Complaint: Defendant denies the allegations of Paragraph 100.

101. Answering Paragraph 101 of the Complaint: Defendant denies the allegations of Paragraph 101.

102. Answering Paragraph 102 of the Complaint: Defendant denies the allegations of Paragraph 102.

103. Answering Paragraph 103 of the Complaint: Defendant denies the allegations of Paragraph 103.

104. Answering Paragraph 104 of the Complaint: Defendant denies the allegations of Paragraph 104.

105. Answering Paragraph 105 of the Complaint: This paragraph contains a legal conclusion only, which does not require a response. To the extent a response is deemed required, Defendant denies.

/ / /

## HEADING TITLED "SECOND CAUSE OF ACTION (RICO 18 U.S.C. § 1962(c), Against All Defendant)"

106. Answering Paragraph 106 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 85 above as if fully set forth herein.

107. Answering Paragraph 107 of the Complaint: Defendant denies the allegations of Paragraph 107.

108. Answering Paragraph 108 of the Complaint: Defendant denies the allegations of Paragraph 108.

109. Answering Paragraph 109 of the Complaint: Defendant denies the allegations of Paragraph 109.

110. Answering Paragraph 110 of the Complaint: Defendant denies the allegations of Paragraph 110.

111. Answering Paragraph 111 of the Complaint: Defendant denies the allegations of Paragraph 111.

112. Answering Paragraph 112 of the Complaint: Defendant denies the allegations of Paragraph 112.

113. Answering Paragraph 113 of the Complaint: Defendant denies the allegations of Paragraph 113.

114. Answering Paragraph 114 of the Complaint: Defendant denies the allegations of Paragraph 114.

115. Answering Paragraph 115 of the Complaint: Defendant denies the allegations of Paragraph 115.

116. Answering Paragraph 116 of the Complaint: Defendant denies the allegations of Paragraph 116.

117. Answering Paragraph 117 of the Complaint: Defendant denies the allegations of Paragraph 117.

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                2:24-cv-10683-MWC-AJR

118. Answering Paragraph 118 of the Complaint: Defendant denies the allegations of Paragraph 118.

119. Answering Paragraph 119 of the Complaint: Defendant denies the allegations of Paragraph 119.

120. Answering Paragraph 120 of the Complaint: Defendant denies the allegations of Paragraph 120.

## HEADING TITLED "THIRD CAUSE OF ACTION (Conspiracy to Violate RICO 18 U.S.C. § 1962(d), Against All Defendant)"

121. Answering Paragraph 121 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 85 and 97 through 111 above as if fully set forth herein.

122. Answering Paragraph 122 of the Complaint: Defendant denies the allegations of Paragraph 122.

123. Answering Paragraph 123 of the Complaint: Defendant denies the allegations of Paragraph 123.

124. Answering Paragraph 124 of the Complaint: Defendant denies the allegations of Paragraph 124.

## HEADING TITLED "FOURTH CAUSE OF ACTION (Negligent Misrepresentation, Against All Defendant)"

125. Answering Paragraph 125 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 85 above as if fully set forth herein.

126. Answering Paragraph 126 of the Complaint: Defendant denies the allegations of Paragraph 126.

127. Answering Paragraph 127 of the Complaint: Defendant denies the allegations of Paragraph 127.

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                 2:24-cv-10683-MWC-AJR

128. Answering Paragraph 128 of the Complaint: Defendant denies the allegations of Paragraph 128.

129. Answering Paragraph 129 of the Complaint: Defendant denies the allegations of Paragraph 129.

130. Answering Paragraph 130 of the Complaint: Defendant denies the allegations of Paragraph 130.

## HEADING TITLED "FIFTH CAUSE OF ACTION (Intentional Interference with Economic/Contractual Relationship, Against All Defendant)"

131. Answering Paragraph 131 of the Complaint: This paragraph contains a legal conclusion only, which does not require a response. To the extent a response is deemed required, Defendant denies.

132. Answering Paragraph 132 of the Complaint: Defendant denies the allegations of Paragraph 132.

133. Answering Paragraph 133 of the Complaint: Defendant denies the allegations of Paragraph 133.

134. Answering Paragraph 134 of the Complaint: Defendant denies the allegations of Paragraph 134.

135. Answering Paragraph 135 of the Complaint: Defendant denies the allegations of Paragraph 135.

136. Answering Paragraph 136 of the Complaint: Defendant denies the allegations of Paragraph 136.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                                    2:24-cv-10683-MWC-AJR

**HEADING TITLED "SIXTH CAUSE OF ACTION (Aiding & Abetting Tortious Conduct, Against All Defendant)"**

137. Answering Paragraph 137 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 85 above as if fully set forth herein.

138. Answering Paragraph 138 of the Complaint: Defendant denies the allegations of Paragraph 138.

139. Answering Paragraph 139 of the Complaint: Defendant denies the allegations of Paragraph 139.

140. Answering Paragraph 140 of the Complaint: Defendant denies the allegations of Paragraph 140.

141. Answering Paragraph 141 of the Complaint: Defendant denies the allegations of Paragraph 141.

142.  Answering Paragraph 142 of the Complaint: Defendant denies the allegations of Paragraph 142.

**HEADING TITLED "SEVENTH CAUSE OF ACTION (Violations of Business and Professional Code Section 17200, et seq., Against All Defendant)"**

143. Answering Paragraph 143 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 85 above as if fully set forth herein.

144. Answering Paragraph 144 of the Complaint: Defendant denies the allegations of Paragraph 144.

145. Answering Paragraph 145 of the Complaint: Defendant denies the allegations of Paragraph 145.

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                    2:24-cv-10683-MWC-AJR

146. Answering Paragraph 146of the Complaint: Defendant denies the allegations of Paragraph 146.

147. Answering Paragraph 147 of the Complaint: Defendant denies the allegations of Paragraph 147.

148. Answering Paragraph 148 of the Complaint: Defendant denies the allegations of Paragraph 148.

## HEADING TITLED "EIGHTH CAUSE OF ACTION (Money Had and Received, Against All Defendant)"

149. Answering Paragraph 149 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 148 above as if fully set forth herein.

150. Answering Paragraph 150 of the Complaint: Defendant denies the allegations of Paragraph 150.

151. Answering Paragraph 151 of the Complaint: Defendant denies the allegations of Paragraph 151.

152. Answering Paragraph 152 of the Complaint: Defendant denies the allegations of Paragraph 152.

153. Answering Paragraph 153 of the Complaint: Defendant denies the allegations of Paragraph 153.

154. Answering Paragraph 154 of the Complaint: Defendant denies the allegations of Paragraph 154.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                 2:24-cv-10683-MWC-AJR

## HEADING TITLED "NINTH CAUSE OF ACTION (Unjust Enrichment/Quantum Meruit/Restitution, Against All Defendant)"

155. Answering Paragraph 155 of the Complaint: Defendant denies the allegations contained in this paragraph of the Complaint and repeat and incorporate the answers and allegations set forth at paragraphs 1 through 85 above as if fully set forth herein.

156. Answering Paragraph 156 of the Complaint: Defendant denies the allegations of Paragraph 156.

157. Answering Paragraph 157 of the Complaint: Defendant denies the allegations of Paragraph 157.

158. Answering Paragraph 158 of the Complaint: Defendant denies the allegations of Paragraph 158.

## HEADING TITLED "PRAYER FOR RELIEF"

The Prayer for Relief requires no response. To the extent any response is deemed required, Defendant denies that Plaintiff should be granted any of the relief requested in paragraphs A through F. In addition, for each individual paragraph, Defendant further aver:

159. Answering Paragraph A of the PRAYER FOR RELIEF, Defendant denies any factual allegations therein.

160. Answering Paragraph B of the PRAYER FOR RELIEF, Defendant denies any factual allegations therein.

161. Answering Paragraph C of the PRAYER FOR RELIEF, Defendant denies any factual allegations therein.

/ / /

/ / /

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

315442354v.1                                                                2:24-cv-10683-MWC-AJR

162. Answering Paragraph D of the PRAYER FOR RELIEF, Defendant denies any factual allegations therein.

163. Answering Paragraph E of the PRAYER FOR RELIEF, Defendant denies any factual allegations therein.

164. Answering Paragraph F of the PRAYER FOR RELIEF, Defendant denies any factual allegations therein.

## AFFIRMATIVE DEFENSES

Answering Defendant hereby asserts the following separate and distinct affirmative defenses to the Complaint and to each and every cause of action contained therein:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this answering Defendant alleges that each and every purported cause of action and/or relief set forth therein, fails to state facts sufficient to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this answering Defendant alleges that each and every purported cause of action and/or relief set forth therein, is barred by statutes of limitations including at least Cal. Civ. Proc. Code §§ 338(d), 343, and 339(1), as well as Cal. Bus. & Prof. Code § 17208.

/ / /

/ / /

/ / /

/ / /

/ / /

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## THIRD AFFIRMATIVE DEFENSE

### (Waiver)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this answering Defendant alleges that Plaintiff, by reason of its own acts, omissions, representations, and/or courses of conduct, has waived any right to assert claims against this Answering Defendant.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this Answering Defendant alleges that Plaintiff, by reason of its own acts, omissions, representations, and/or courses of conduct, is estopped from asserting claims against this Answering Defendant.

## FIFTH AFFIRMATIVE DEFENSE

### (Intervening and Superseding Cause)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this Answering Defendant alleges that the damages alleged in the Complaint, if any are or were sustained, were proximately caused by the acts and omissions of persons or entities other than answering Defendant, which acts and omissions constitute intervening and superseding causes of the damages alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### (Comparative / Contributory Negligence)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this Answering Defendant alleges by way of a plea of comparative negligence that Plaintiff was careless and negligent in and about the matters and activities alleged in the Complaint and that said carelessness and negligence contributed to and/or was the proximate causes of the alleged injuries and damages, if any, or were the sole cause thereof, and that if Plaintiff is entitled to

recover damages against Defendant by virtue of the Complaint, Defendant prays that said recovery be diminished or extinguished by reason of the negligence of Plaintiff in proportion to the degree of fault attributable to it.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this Answering Defendant alleges by way of a plea of assumption of risk that any damage or loss sustained by Plaintiff was caused by risks that it was well aware of, understood, and voluntarily assumed unto itself.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this Answering Defendant alleges that Plaintiff is barred from any relief by the equitable doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

As a separate and independent affirmative defense to each cause of action stated in the Complaint, this Answering Defendant alleges that the Complaint, and each and every purported cause of action therein, is barred in whole or in part because Plaintiff failed to mitigate its damages, and as a result is barred from recovery of those damages, or its damages should be reduced.

## PRAYER FOR RELIEF

WHEREFORE, this answering Defendant prays as follows:

1.      That Plaintiff take nothing by way of its Complaint;

2.      That the Complaint be dismissed with prejudice;

3.      That Defendant recover the costs of suit incurred and as otherwise provided by law; and

/ / /

1    4.    That the Court grant to Defendant such other and further relief as the
2  Court deems just and proper.

3                                    **<u>JURY DEMAND</u>**

4    Defendant Excellence Recovery, LLC demand trial to a jury on all issues so
5  triable.

6

7  Dated:  July 17, 2025                **WILSON, ELSER, MOSKOWITZ,**
8                                        **EDELMAN & DICKER LLP**

9                              By:

10                                   */S/ Marty B. Ready*
                                     Marty B. Ready, Esq.
11                                   Chelsea Gaudet, Esq.
                                     Attorneys for Attorneys for Defendant,
12                                   Excellence Recovery LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT EXCELLENCE RECOVERY LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2025, I electronically filed the foregoing through the U.S. Central District Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

*/s/ Marty B. Ready, Esq.*

Marty B. Ready, Esq.