John R. Clifford, Esq. (SBN 124203)
Marty B. Ready, Esq. (SBN 239135)
Chelsea Gaudet, Esq. (SBN 355739)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101-8484
(619) 321-6200 Telephone
(619) 321-6201 Facsimile
Email: John.Clifford@wilsonelser.com
Email: Marty.Ready@wilsonelser.com
Email: Chelsea.Gaudet@wilsonelser.com

Attorneys for Defendants, Everything in Excellence Recovery LLC, Cari Passmore, and Excellence Recovery, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST BEHAVIORAL HEALTH LLC; EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC; BRETT PERSHALL; RANDALL EISWORTH;<br><br>Defendants. | Case No. 2:24-cv-10683-MWC-AJR<br><br>Judge Hon. Michelle William Court Courtroom 6A<br><br>**INITIAL DISCLOURES OF DEFENDANTS EVERYTHING IN EXCELLENCE RECOVERY, LLC AND CARI PASSMORE** |

Defendants Everything in Excellence Recovery, LLC (hereinafter "EIE") and Cari Passmore (collectively, "Defendants") submit the following disclosures of persons and documents pursuant to Federal Rules of Civil Procedure 26(a)(1). Defendants have undertaken a reasonable and good faith inquiry and investigation in an effort to comply with the disclosure requirements under F.R.C.P. 26(a)(1).

These disclosures are based on information presently known and reasonably available to Defendants and which Defendants reasonably believe they may use in support of their claims and defenses. Continuing investigation and discovery may result in Defendants amending these initial disclosures by identifying additional potential witnesses and documents. Defendants therefore reserve the right to supplement these disclosures.

Defendants do not represent that they are identifying every document, tangible thing or witness potentially relevant to this action. In addition, by making these initial disclosures, Defendants are not waiving their right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any appropriate grounds.

Pursuant to this investigation, the following initial disclosures are made.

**A. Witnesses**

Individuals likely to have discoverable factual information that Defendants may use to support their defenses in this action are:

| Name/Address/Phone | Subjects of Information |
|---|---|
| "J.E." (Address and Phone number TBD) | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): South Coast Behavioral Health's (hereinafter "SCBH") communications with potential patients, SCBH's payments to sober-living facilities |
| "A.H." (Address and Phone number TBD) | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): SCBH's communications with potential patients, SCBH's payments to sober-living facilities |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Randall Eisworth<br>2300 NE 9thStreet,<br>Oklahoma City, OK 73160 | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): Eisworth's communications with Defendants |
| 5<br>6<br>7<br>8<br>9 | "W.W." (Address and Phone number TBD) | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): Communications with potential patients, communications with "J.E.", and communications with "A.H." |
| 10<br>11<br>12<br>13 | Member "A" (XXXX9745501) (Address and Phone number TBD) | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): Member A's communications with Defendants |
| 14<br>15<br>16<br>17 | Member "B" (XXXX4027101) (Address and Phone number TBD) | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): Member B's communications with Defendants |
| 18<br>19<br>20<br>21<br>22<br>23 | Person Most Knowledgeable or Corporate Representative of Blue Cross Blue Shield of Oklahoma | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): The detection and identification of fraudulent claims |
| 24<br>25<br>26 | Kylie Briney (C/O Mark Hardiman | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): South Coast Behavioral Health's "SCBH") |

| Leech Tishman Nelson Hardiman, Inc. 1100 Glendon Avenue, 14thFloor Los Angeles CA 90024) | communications with potential patients, SCBH's payments to sober-living facilities |
|---|---|
| Rebecca Moody Harris (9832 Star Drive Huntington Beach, CA 92646) | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): South Coast Behavioral Health's |
| Anthony Sforza (Address and Phone number TBD) | The facts, contentions, and allegations in the Amended Complaint, including (without limitation): South Coast Behavioral Health's (hereinafter |

**B.** Defendants also identify all witnesses set forth in co-defendants', South Coast Behavioral Health; Excellence Recovery, LLC; RadLife Recovery, LLC; Brett Pershall; and Plaintiff's Rule 26(a) initial disclosures including any corporate designees of the parties. The respective subjects of information on which these witnesses are anticipated to testify include that information set forth in the Rule 26(a) initial disclosures as well as the topics set forth in any Rule 30(b)(6) notice.

## Documents

Defendants are informed and believe that the following categories of documents may support their defenses in this action:

1. Documents, including all communications, regarding Defendants' agreement or agreements with South Coast Behavioral Health, LLC ("SCBH") as well as all pre-contractual negotiations, agreement iterations, and presentations for at least the period from 2020 to 2024;

///

///

2. Documents, including all communications, regarding Defendants' performance of the agreement or agreements with SCBH for at least the period from 2020 to 2024;

3. Any and all budgets, invoices sent and payments received under the agreement or agreements with SCBH for at least the period from 2020 to 2024;

4. Documents, including all communications that relate or potentially relate to Defendants' agreement or agreements with SCBH for at least the period from 2020 to 2024 and Defendants' performance under the agreement or agreements.

5. Documents, including all communications, regarding the enrollment of patients at Everything in Excellence Recovery sober living facilities in California for at least the period from 2020 to 2024;

6. Documents, including all communications, regarding the potential enrollment of patients at Everything in Excellence Recovery sober living facilities in California for at least the period from 2020 to 2024;

7. Documents, including all communications, regarding the insurance policies of patients or potential patients at Everything in Excellence Recovery sober living facilities in California for at least the period from 2020 to 2024;

8. Documents, including all communications, and including social media posts regarding assistance with procuring insurance for potential patients at Everything in Excellence Recovery sober living facilities in California for at least the period from 2020 to 2024;

9. Documents, including all communications, and including social media posts regarding assistance with procuring insurance for potential patients at South Coast Behavioral Health for at least the period from 2020 to 2024;

10. Documents, including all communications regarding any interaction with any insurance broker for Blue Cross and Blue Shield of Oklahoma for at least the period from 2020 to 2024;

11. Documents, including all communications (including text messages, social media posts, emails, voicemails, or any messaging app used by Defendants) that relate to the claims in this case and/or were exchanged between Defendants and any person and/or party to this case.

12. All documents identified in co-defendants', South Coast Behavioral Health; Excellence Recovery, LLC; RadLife Recovery, LLC; Brett Pershall; and Plaintiffs' Rule 26(a) initial disclosures and/or produced by the parties in this action.

## C. Computation of Damages

Defendants deny liability for damages and are not seeking recovery of damages from Plaintiff in this action. Defendants, however, may seek recovery of costs incurred in defending this action.

## D. Insurance Policies

There are no insurance agreements responsive to Rule 26(a)(1)(A)(iv) other than the insurance policy issued by Nautilus Insurance Company, Policy No. NN1135478.

Dated: August 8, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */S/ Marty B. Ready*
Marty B. Ready, Esq.
Chelsea Gaudet, Esq.
Attorneys for Attorneys for Defendants,
Everything in Excellence Recovery LLC,
Cari Passmore, and Excellence Recovery, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I electronically filed the foregoing through the U.S. Central District Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

*/s/ Marty B. Ready, Esq.*
Marty B. Ready, Esq.