John R. Clifford, Esq. (SBN 124203)
Marty B. Ready, Esq. (SBN 239135)
Chelsea Gaudet, Esq. (SBN 355739)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101-8484
(619) 321-6200 Telephone
(619) 321-6201 Facsimile
Email: John.Clifford@wilsonelser.com
Email: Marty.Ready@wilsonelser.com
Email: Chelsea.Gaudet@wilsonelser.com

Attorneys for Defendants, Everything in Excellence Recovery LLC, Cari Passmore, and Excellence Recovery, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTH COAST BEHAVIORAL HEALTH LLC; EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC; BRETT PERSHALL; RANDALL EISWORTH;<br><br>                Defendants. | Case No. 2:24-cv-10683-MWC-AJR<br><br>Judge Hon. Michelle William Court<br>Courtroom 6A<br><br>**NOTICE OF WITHDRAWAL OF ECF DOCUMENT 81; INITIAL DISCLOURES OF DEFENDANTS EVERYTHING IN EXCELLENCE RECOVERY, LLC AND CARI PASSMORE** |

/ / /

/ / /

/ / /

/ / /

/ / /

1
NOTICE OF WITHDRAWAL OF INITIAL DISCLOSURES ECF DOCUMENT 81

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants, Everything in Excellence Recovery, LLC and Cari Passmore hereby withdraw the filing of their Initial Disclosures 26(a), ECF Document 81. Said Disclosures were filed in error and meant for service only.

Dated:  August 8, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */S/ Marty B. Ready*
Marty B. Ready, Esq.
Chelsea Gaudet, Esq.
Attorneys for Attorneys for Defendants,
Everything in Excellence Recovery LLC,
Cari Passmore, and Excellence Recovery, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I electronically filed the foregoing through the U.S. Central District Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

*/s/ Marty B. Ready, Esq.*
Marty B. Ready, Esq.