DAVID D. PIPER (CASB No. 179889)
DPiper@Stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
1 World Trade Center, Suite 2575
Long Beach, CA 90831
Telephone: (562) 366-1653
Facsimile: (562) 366-1646

BENJAMIN H. MCCOY (*Pro Hac Vice*)
BMcCoy@Stradley.com
JORDANN R. CONABOY (*Pro Hac Vice*)
JConaboy@Stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8108
Facsimile: (215) 564-8120

Attorneys for Plaintiff
BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, A DIVISION OF HEALTH CARE SERVICE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, A DIVISION OF HEALTH CARE SERVICE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST BEHAVIORAL HEALTH, LLC; EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY, LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC AND BRETT PERSHALL,<br><br>Defendants. | Case No. 2:24-cv-10683-MWC-AJR<br><br>**JOINT REPORT OF MEDIATION**<br><br>District Judge: Hon. Michelle Williams Court<br>Magistrate Judge: Hon. A. Joel Richlin |

Pursuant to the Court's Order dated January 21, 2026, Dkt. No. 87, this Joint Report of Mediation is submitted by Plaintiff Blue Cross and Blue Shield of Oklahoma, a Division of Health Care Service Corporation ("Plaintiff"), and Defendants South Coast Behavioral Health, LLC ("South Coast"), Excellence Recovery LLC ("Excellence"), Everything in Excellence Recovery LLC ("EIE"), and Cari Passmore ("Passmore").

1. Prior to the mediation, Plaintiff reached an agreement to settle in principle with Defendants Randall Eisworth, Brett Pershall, and RadLife Recovery LLC.

2. The remaining parties conducted mediation on February 17, 2026 before the Honorable Andrew Guilford (ret.) at the offices of Judicate West in Santa Ana, CA.

3. Counsel for Plaintiff, EIE/Excellence/Passmore, and South Coast appeared in person. Representatives of South Coast and Plaintiff appeared in person. Additional representatives of South Coast appeared remotely. Passmore and a representative of an insurance carrier appeared virtually.

4. The parties did not reach a settlement.

[SIGNATURE BLOCKS ON NEXT PAGE]

| | | |
|---|---|---|
| Dated: February 25, 2026 | | STRADLEY RONON STEVENS & YOUNG, LLP |
| | | By: /s/ Benjamin H. McCoy |
| | | Benjamin H. McCoy<br>*Attorneys for Plaintiff Blue Cross and Blue Shield of Oklahoma* |
| Dated: February 25, 2026 | | LEECH TISHMAN NELSON HARDIMAN, INC. |
| | | By: /s/ Mark S. Hardiman |
| | | Mark S. Hardiman<br>*Attorneys for Defendant South Coast Behavioral Health, LLC* |
| Dated: February 25, 2026 | | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | | By: /s/ Marty B. Ready |
| | | Marty B. Ready<br>*Attorneys for Defendants Excellence Recovery LLC, Everything in Excellence Recovery LLC and Cari Passmore* |

**FILER'S ATTESTATION OF CONCURRENCE**

I, Benjamin H. McCoy, attest that I am counsel for Plaintiff. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: February 25, 2026

STRADLEY RONON STEVENS & YOUNG, LLP

By: /s/ Benjamin H. McCoy

Benjamin H. McCoy
*Attorneys for Plaintiff Blue Cross and Blue Shield of Oklahoma*