BENJAMIN H. MCCOY *(pro hac vice)*
bmccoy@stradley.com
JORDANN R. CONABOY *(pro hac vice)*
jconaboy@stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8108
F: (215) 564-8120

DAVID D. PIPER (CASB No. 179889)
dpiper@stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
1 World Trade Center, Suite 2575
Long Beach, CA 90831
T: (562) 366-1653
F: (562) 366-1646

Attorneys for Plaintiff
BLUE CROSS AND BLUE SHIELD OF OKLAHOMA,
a division of Health Care Service Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION,<br>Plaintiff,<br>v.<br>SOUTH COAST BEHAVIORAL HEALTH LLC, EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY, LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC and BRETT PERSHALL,<br>Defendants. | Case No.: 2:24-cv-10683-MWC-AJR<br><br>Hon. Michelle Williams Court<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |

Plaintiff Blue Cross and Blue Shield of Oklahoma has reached settlements in principle with all remaining defendants, and the parties are in the process of formalizing their settlement. The parties request that the case be held in abeyance for two weeks, or that all remaining pre-trial deadlines be continued for two weeks, so that the parties can finalize formal paperwork that will close this matter. That is expected to include a stipulated judgment for entry by the Court that is part of the settlement(s).

Dated: August 18, 2026

STRADLEY RONON STEVENS & YOUNG, LLP

By: /s/ Benjamin H. McCoy
Benjamin H. McCoy *(Pro Hac Vice)*
*Attorneys for Plaintiff*
*Blue Cross and Blue Shield of Oklahoma*

Dated: August 18, 2026

LEECH TISHMAN NELSON HARDIMAN, INC.

By: /s/ Mark S. Hardiman
Mark S. Hardiman
*Attorneys for Defendant South Coast Behavioral Health, LLC*

Dated: August 18, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Marty B. Ready
Marty B. Ready
*Attorneys for Defendants Excellence Recovery LLC, Everything in Excellence Recovery LLC and Cari Passmore*

**FILER'S ATTESTATION OF CONCURRENCE**

I, Benjamin H. McCoy, attest that I am counsel for Plaintiff. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: August 18, 2026

STRADLEY RONON STEVENS & YOUNG, LLP

By: /s/ Benjamin H. McCoy
Benjamin H. McCoy *(Pro Hac Vice)*
*Attorneys for Plaintiff*
*Blue Cross and Blue Shield of Oklahoma*

**[PROPOSED] ORDER**

Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are stayed for two weeks.
2. The parties shall file any necessary paperwork to finalize this action on or before August 31, 2026.

IT IS SO ORDERED.

Dated: ________________

________________________________
HON. MICHELLE WILLIAMS COURT
United States District Judge