UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OKLAHOMA, *a division of Health Care Service Corporation, a Mutual Legal Reserve Company,*<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST BEHAVIORAL HEALTH LLC, *et al*,<br><br>Defendant. | No. 2:24-cv-10683-MWC-AJR<br><br>**ORDER CONTINUING STAY OF PROCEEDINGS (DKT. [104]) UNTIL SEPTEMBER 11, 2026** |

The Court has read and considered the parties' Joint Status Report ("Report"). Dkt. # 105. The Report provides, "BCBSOK and Defendant SCBH have finalized the terms of the formal settlement documents since the Notice of Settlement, and the two parties are in the process of getting the documents signed. BCBSOK is also close to finalizing the formal settlement documents with Defendants Passmore, EIE, and Excellence." *Id.* at 2.

The parties seek to extend the stay previously granted by this Court, *see* Dkt. # 104, from September 2, 2026, to September 11, 2026. Dkt. # 105 at 2. For good cause shown, the request is **GRANTED**, and the case is **STAYED** until September 11, 2026.

**IT IS SO ORDERED.**

Dated: September 3, 2026

Hon. Michelle Williams Court

United States District Judge