# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION,<br>Plaintiff,<br>v.<br>SOUTH COAST BEHAVIORAL HEALTH LLC, EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY, LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC and BRETT PERSHALL,<br>Defendants. | Case No.: 2:24-cv-10683-MWC-AJR<br><br>Hon. Michelle Williams Court<br><br>**CONSENT JUDGMENT** |

Before the Court is a Joint Stipulation for a Consent Judgment of Plaintiff Blue Cross and Blue Shield of Oklahoma, a division of Health Care Service Corporation ("Plaintiff") and Defendant South Coast Behavioral Health, LLC ("SCBH").

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Judgment is entered against SCBH in the amount of $20,000,000, plus post-judgment interest in accordance with 28 U.S.C. § 1961;
2. SCBH is hereby enjoined from submitting claims to Plaintiff, including any health benefits plan administered or insured by Plaintiff.

The remaining Defendants in this suit are not part of this Judgment.

**IT IS SO ORDERED.**

DATED: September ___, 2026

______________________________
Hon. Michelle Williams Court
United States District Judge