BENJAMIN H. MCCOY *(pro hac vice)*
bmccoy@stradley.com
JORDANN R. CONABOY *(pro hac vice)*
jconaboy@stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8108
F: (215) 564-8120

DAVID D. PIPER (CASB No. 179889)
dpiper@stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
1 World Trade Center, Suite 2575
Long Beach, CA 90831
T: (562) 366-1653
F: (562) 366-1646

Attorneys for Plaintiff
BLUE CROSS AND BLUE SHIELD OF OKLAHOMA,
a division of Health Care Service Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION,<br>Plaintiff,<br>v.<br>SOUTH COAST BEHAVIORAL HEALTH LLC, EXCELLENCE RECOVERY, LLC; EVERYTHING IN EXCELLENCE RECOVERY, LLC; CARI PASSMORE; RAD LIFE RECOVERY, LLC and BRETT PERSHALL,<br>Defendants. | Case No.: 2:24-cv-10683-MWC-AJR<br><br>Hon. Michelle Williams Court<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order (Dkt. 104), the remaining parties submit this joint status report. All remaining parties have finalized settlements. Stipulations of dismissal are being filed contemporaneously herewith. A consent judgment was previously entered against the other Defendant, South Coast Behavioral Health, and thus the actions needed to complete this matter against SCBH have already been taken.

Dated: September 25, 2026

STRADLEY RONON STEVENS & YOUNG, LLP

By: /s/ Benjamin H. McCoy
Benjamin H. McCoy *(Pro Hac Vice)*
*Attorneys for Plaintiff*
*Blue Cross and Blue Shield of Oklahoma*

Dated: September 25, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Marty B. Ready
Marty B. Ready
*Attorneys for Defendants Excellence Recovery LLC, Everything in Excellence Recovery LLC and Cari Passmore*

Dated: September 25, 2026

Karren Legal Defense

By: /s/ Karren Kenney
Karren Kenney
*Attorney for Defendants Rad Life Recovery, LLC and Brett Pershall*

**FILER'S ATTESTATION OF CONCURRENCE**

I, Benjamin H. McCoy, attest that I am counsel for Plaintiff. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: September 25, 2026

STRADLEY RONON STEVENS & YOUNG, LLP

By: /s/ Benjamin H. McCoy
Benjamin H. McCoy *(Pro Hac Vice)*
*Attorneys for Plaintiff*
*Blue Cross and Blue Shield of Oklahoma*